March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

-v-

_____-CR-_____( )( )
20 MAG 11389

Aquilino Tow Defendant(s).
-----------------------------------------------------------X

Defendant ___Aquilino Tome___ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

✓ Initial Appearance/Appointment of Counsel

__ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__ Preliminary Hearing on Felony Complaint

✓ Bail/Revocation/Detention Hearing

__ Status and/or Scheduling Conference

__ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Print Defendant's Name

_____
Defense Counsel's Signature

___Jennifer R.___
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/4/2020
Date

___Stuart D. Aaron___
U.S. Magistrate Judge